UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | CASE NO: 4:23-CR-74 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| ISAAC C. BROWN | ) | |

## ORDER

Application for leave of absence has been requested by Makeia R. Jonese, Special Assistant United States Attorney, for March 1, 2024 and March 4, 2024.

The above and foregoing request for leave of absence is GRANTED. Should any matters be set during her absence, a substitute Assistant United States Attorney may appear in her stead.

So ORDERED this 13th day of February 2024.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA